NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFERY MAYNEARD CASTEEL,      )
                               )
        Appellant,             )
                               )
v.                             )        Case No. 2D18-3516
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____)

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Jeffery Mayneard Casteel, pro se.

PER CURIAM.

        Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.